DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17-cv-00779-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS AND JOINT PRE-TRIAL ORDER DEADLINES**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC ("SFR"), "), The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, INC. Asset-Backed Certificates, Series 2005-4 ("BNYM") and Aliante Master Association (the "Association") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the dispositive motions deadline and the deadline for filing the joint pre-trial order in the instant case. Specifically, the Parties stipulate to the following:

1. Pursuant to Proposed Joint Discovery Plan and Scheduling Order entered November 2, 2017 [ECF No. 30], the current dispositive motions deadline is May 31, 2018, and the

- 1 -

current date for the filing of the joint pretrial order is no later than July 2, 2018[1], within thirty days after the date set for filing dispositive motions. [ECF No. 30].

2. On April 26, 2018, a Stipulation and Order to Stay Litigation [ECF No. 44] was filed in this matter, but no Order on the Stipulation has been entered.

3. The parties stipulate to extend the dispositive motions deadline until 15 days after an order is entered on Stipulation and Order to Stay Litigation [ECF No. 44] should the matter not be stayed at that time. This is intended to allow the parties to take all necessary actions in response to the decision on the stipulation to stay, if any, before proceeding with their respective dispositive motions.

4. The parties further stipulate that the deadline to file the joint pretrial order be extended to a date no later than 30 days after the dispositive motions deadline.

>>>

>>>

>>>

>>>

>>>

>>>

>>>

---

[1] Thirty (30) days after the deadline to file dispositive motions falls on Saturday, June 30, 2018. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), the deadline is advanced to the next judicial day.

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

5. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this  30th  day of May, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this  30th  day of May, 2018.

**WOLFE WYMANN LLP**

*/s/ Andrew A. Boa*
BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
ANDREW A. BAO, ESQ.
Nevada Bar No. 10508
6757 Spencer Street
Las Vegas, NV 89119
*Attorney for BNYM*

DATED this  30th  day of May, 2018.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Chase Pittsenbarger*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorney for Aliante Master Association*

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, August 3, 2018, in Courtroom 3D.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  5-31-2018

Respectfully submitted by:

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -