**LEACH KERN GRUCHOW
ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:      (702) 538-9074
Facsimile:      (702) 538-9113
*Attorneys for Defendant Aliante
Master Association*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LEACH KERN GRUCHOW ANDERSON SONG**
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS
TRUSTEE OF THE
CERTIFICATEHOLDERS OF THE
CWABS, INC. ASSET-BACKED
CERTIFICATES, SERIES 2005-4,

        Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC,
ALIANTE MASTER ASSOCIATION; and
DOES 1 THROUGH 10 INCLUSIVE,

        Defendants.

Civil Action No. 2:17-cv-00779-JCM-VCF

**STIPULATION AND ORDER
CONTINUING STATUS HEARING**

**(First Request)**

        Defendant, Aliante Master Association (the "Association"), Plaintiff The Bank of New York Mellon, fka the Bank of New York as Trustee of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-4 (the "Bank"), and Defendant SFR Investments Pool 1, LLC ("SFR")(collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

        1.        On or about July, 2018, the Parties entered into a settlement agreement to resolve this matter.

**LEACH KERN GRUCHOW ANDERSON SONG**
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

2.     Presently, this Court scheduled a Status Hearing for November 15, 2018 in anticipation of confirmation of the settlement documents.

3.     The Parties agree to have the Status Hearing continued, as the Association continues to have issues with its accounting department getting the settlement funds disbursed to the Bank. The Association anticipates having the settlement funds to the Bank within 14 days of this stipulation and order.

4.     This is the Parties' first request of this continuance and is not intended to cause any delay or prejudice to any party.

Stipulated and agreed to this 13th day of November, 2018.

| **Leach Kern Gruchow Anderson Song** | **Wolfe & Wyman** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Colt B. Dodrill* |
| _____ | _____ |
| Sean L. Anderson, Esq. | Colt B. Dodrill, Esq. |
| Nevada Bar No. 7259 | Nevada Bar No. 9000 |
| T. Chase Pittsenbarger, Esq. | 6757 Spencer Street |
| Nevada Bar No. 13740 | Las Vegas, NV 89119 |
| 2525 Box Canyon Drive | *Attorneys for The Bank of New York Mellon,* |
| Las Vegas, NV 89128 | fka the Bank of New York as Trustee of the |
| *Attorneys for Aliante MA* | Certificateholders of the CWABS, Inc., |
| | Asset-Backed Certificates, Series 2005-4 |

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*
_____

Diana S. Ebron, Esq.
Nevada Bar No. 10580
Athanasios Agelakopoulos, Esq.
Nevada Bar No. 14339
7629 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

**IT IS ORDERED THEREFORE**, that the current Status Hearing scheduled for November 15, 2018 at 10:00 a.m. is hereby **continued** to the 6th day of December, 2018 at the hour of 10:00 a.m. before this Court.  A separate hearing notice will not be issued.

**ORDERED** this 13th day of November, 2018.

_____
United States Magistrate Judge

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113