**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Aliante Master Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-4, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, ALIANTE MASTER ASSOCIATION; and DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendants. | Civil Action No. 2:17-cv-00779-GMN-VCF <br><br> **STIPULATION AND ORDER CONTINUING STATUS HEARING** <br><br> **(Second Request)** |

Defendant, Aliante Master Association (the "Association"), Plaintiff The Bank of New York Mellon, fka the Bank of New York as Trustee of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-4 (the "Bank"), and Defendant SFR Investments Pool 1, LLC ("SFR")(collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

1. On or about July, 2018, the Parties entered into a settlement agreement to resolve this matter.

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

2. Presently, this Court scheduled a Status Hearing for December 6, 2018 in anticipation of confirmation of the settlement documents.

3. The Parties agree to have the Status Hearing continued, as the Association continues to have issues with the accounting department of its management company. Despite the express direction to have the settlement funds delivered to counsel for the Association to ensure delivery to counsel for the Bank, for reasons unknown to the Association, the accounting department of its management company mailed the settlement funds directly to Select Portfolio Services, Inc. at 3217 South Decker Lake Drive, Salt Lake City, UT 84119. As such, counsel for the Bank is in the process of verifying whether they payment was received and deposited. If not, a new check will need to be issued.

4. This is the Parties' second request of this continuance and is not intended to cause any delay or prejudice to any party.

Stipulated and agreed to this 5th day of December, 2018.

| | |
|---|---|
| **Leach Kern Gruchow Anderson Song** | **Wolfe & Wyman, LLP** |
| */s/ T. Chase Pittsenbarger* | */s/ Colt B. Dodrill* |
| _____ | _____ |
| Sean L. Anderson, Esq. | Colt B. Dodrill, Esq. |
| Nevada Bar No. 7259 | Nevada Bar No. 9000 |
| T. Chase Pittsenbarger, Esq. | 6757 Spencer Street |
| Nevada Bar No. 13740 | Las Vegas, NV 89119 |
| 2525 Box Canyon Drive | *Attorneys for The Bank of New York Mellon, fka the Bank of New York as Trustee of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-4* |
| Las Vegas, NV 89128 | |
| *Attorneys for Aliante Master Association* | |

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*
_____
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Athanasios Agelakopoulos, Esq.
Nevada Bar No. 14339
7629 Dean Martin Drive, #110
Las Vegas, NV 89139

*Stipulation and Order*
*2:17-cv-00779*

## ORDER

**IT IS ORDERED THEREFORE**, that the current Status Hearing scheduled for December 6, 2018 at 10:00 a.m. is hereby **continued** to the 20th day of December, 2018 at the hour of 10:00 a.m., in courtroom 3D, before this Court. A separate hearing notice will not be issued.

**ORDERED** this 6th day of December, 2018.

_____
United States Magistrate Judge

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113